UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CIVIL NO. SA-21-CV-989 |
| ) | |
| $992,000.00, MORE OR LESS IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Respondent. ) | |

**VERIFIED COMPLAINT FOR FORFEITURE**

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and respectfully states as follows:

**I.
NATURE OF THIS ACTION**

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

**$992,000.00, More or Less in United States Currency, seized on August 2, 2021 from PNC BANK (account # XXXXXX0878),**

hereinafter the "Respondent Currency."

**II.
JURISDICTION AND VENUE**

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Currency under Title 28 U.S.C. §§ 1355(b) and

1395.  Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(A) and 1395(b) because the Respondent Currency is found in this district.

The Respondent Currency was seized on August 2, 2021, by the United States Secret Service and is within the jurisdiction of the United States District Court, Western District of Texas, San Antonio Division, and shall remain within the jurisdiction of the Court pending litigation of this case.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Currency for violations of Title 18 U.S.C. § 1343, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), which states:

> **Title 18 U.S.C. § 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> . . . .
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

Violations of Title 18 U.S.C. § 1343, Wire Fraud, are offenses constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

↓

> **§ 1956.  Laundering of monetary instruments**
> ***
> **(c)** As used in this section—
> ***
> **(7)** the term "*specified unlawful activity*" means—
> **(A)** any act or activity constituting an offense listed in section *1961(1)* of this title . . . .

↓

**§ 1961.  Definitions**
As used in this chapter—
**(1)** "racketeering activity" means . . . (B) any act which is indictable under any of the following provisions of *title 18, United States Code*: . . . section *1343 (relating to wire fraud)* . . . .

### IV.
### FACTS IN SUPPORT OF VIOLATIONS

See Appendix "A" for facts under seal.

### V.
### PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Currency, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Currency be forfeited to the United States of America, that the Respondent Currency be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

---

[1] Appendix B, Notice of Complaint of Forfeiture, which is being filed along with this Complaint, will be sent to those know to the United States to have an interest in the Respondent Currency.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: *Ray A. Gattinella*
RAY A. GATTINELLA
Assistant United States Attorney
Texas Bar No. 00798202
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Email: Ray.Gattinella@usdoj.gov

Attorneys for the United States of America

## VERIFICATION

Senior Special Agent Jason Bollen, declares and says that:

1. I am a Special Agent with the United States Secret Service, assigned to the San Antonio Field Office, and I am the investigator responsible for the accuracy of the information provided in this litigation.

2. I have read the above Verified Complaint for Forfeiture and know: the contents thereof; the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and the allegations contained in the Verified Complaint for Forfeiture are true based on information and belief.

Pursuant to Title 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __14__ day of October, 2021.

Jason Bollen, Senior Special Agent
United States Secret Service
San Antonio Field Office